**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Criminal Case No. 09-cr-00396-CMA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

MAURO LUNA-MARTINEZ,

    Defendant.

**MINUTE ORDER RESETTING
TRIAL PREPARATION CONFERENCE AND TRIAL DATE**

ENTERED BY JUDGE CHRISTINE M. ARGUELLO

    This matter is before the Court *sua sponte*. It appears from the court's file that this case has been set for trial outside of speedy trial. It is therefore

    ORDERED that the Final Trial Preparation Conference currently set for November 20, 2009, at 8:30 a.m. is reset to **November 13, 2009, at 10:00 a.m.** and the three-day jury trial currently set for November 30, 2009 is reset to **November 16, 2009 at 9:00 a.m.**, in Courtroom A602.

    DATED: October 29, 2009.